UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OLIVIA ROBERTSON, et al.,

                                                      Case No. 19-cv-10266

      Plaintiff,

vs.                                             HON. MARK A. GOLDSMITH

BREAKTHROUGH TOWING, LLC, et al.,

      Defendant.

_____/

## ORDER SETTING DEADLINE FOR DEFENDANT TO FILE ANSWER OR MOTION TO DISMISS

      The Court has reviewed the joint statement filed by Plaintiffs and Defendant Midtown Liquor & Deli (Dkt. 161).  Midtown must file an answer to Plaintiffs' second amended complaint or a motion to dismiss by December 6, 2022.

      SO ORDERED.

Dated: November 23, 2022                s/Mark A. Goldsmith
      Detroit, Michigan               MARK A. GOLDSMITH
                               United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 23, 2022.

                              /s/A. Chubb
                              Case Manager